**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GREGORY DUNBAR,

         Petitioner

         v.

HON. LEAVITT, JUBELIRER, SIMPSON
JR., BROBSON, MCCULLOUGH, COVEY,
WOJCIK, CANNON, CEISLER,

         Respondents

: No. 99 WM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the "Petitioner's Objections to this Court's Jurisdiction" and the "Petition for Review and Statutory Penalty under Criminal History Record Information Act CHRIA" are DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.